

# Summons
## Collection Information Statement

In the matter of  ROBERT H GROVE JR., OWNER, ROBERT FOR REPAIRS, 8 EUFAULA PLACE, BURNEYVILLE, OK 73430
Internal Revenue Service *(Identify Division)*   SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*   SB/SE AREA 5 (25)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  ROBERT H GROVE JR.
At:  8 EUFAULA PLACE, BURNEYVILLE, OK  73430

You are hereby summoned and required to appear before SHARON M. HILTERBRAND, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 11/01/2012  To Date of Compliance with the Summons

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

55 N ROBINSON AVENUE, MAIL STOP 5113-1634 OKC, OKLAHOMA CITY  OK  73102  (405) 297-4206

Place and time for appearance: At  55 N ROBINSON AVENUE, ROOM 117, OKLAHOMA CITY, OK  73102



Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  9th  day of  December , 2013  at  1:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  06th  day of  November           ,  2013

*Sharon Hilterbrand*
SHARON M. HILTERBRAND                                   REVENUE OFFICER
Signature of issuing officer                                          Title

_____          _____
Signature of approving officer *(if applicable)*                     Title



Original -- to be kept by IRS

EXHIBIT  2



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11-6-13 | 10:15 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Taped summons in sealed envelope to front door - no one home

| Signature | Title |
|---|---|
| Sharon Hitsman | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Sharon Hitsman | Revenue Officer |

Catalog No. 25000Q                    Form **6637** (Rev. 10-2010)

# Attachment 1 to Summons Form 6637

In the matter of  **ROBERT H GROVE JR. OWNER, ROBERT FOR REPAIRS, 8 EUFAULA PLACE, BURNEYVILLE, OK 73430**

Period information: Form 940 for the calendar period ending December 31, 2007 and Form 941 for the quarterly periods ending December 31, 2006, March 31, 2007, June 30, 2007, September 30, 2007 and December 31, 2007